UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROYAL TRUCK & TRAILER SALES AND SERVICES, INC.,

    Plaintiff,

v

MIKE KRAFT, and KELLY MATTHEWS f/k/a KELLY SCHLIMMER,

    Defendants.

Case No. 3:18-cv-10986-RHC-EAS

Hon. Robert H. Cleland

---

| | |
|---|---|
| Anthony M. Sciara (P75778) | Richard T. Hewlett (P41271) |
| Christopher A. Ferlito (P80574) | Salvatore J. Vitale (P75449) |
| KOTZ SANGSTER WYSOCKI, P.C. | VARNUM LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 400 Renaissance Center, Suite 3400 | 39500 High Pointe Blvd., Suite 350 |
| Detroit, Michigan 48243 | Novi, MI 48375 |
| 313.259.8300 | 248.567.7400 |
| asciara@kotzsanster.com | rthewlett@varnumlaw.com |
| cferlito@kotzsangster.com | sjvitale@varnumlaw.com |

## **APPEARANCE OF COUNSEL**

    PLEASE TAKE NOTICE that Salvatore J. Vitale of Varnum LLP, enters his appearance as counsel for Defendants, Mike Kraft and Kelly Matthews, in the above-captioned matter.

       Respectfully Submitted,

       VARNUM LLP

By: */s/ Salvatore J. Vitale*
   Richard T. Hewlett (P41271)
   Salvatore J. Vitale (P75449)
   *Attorneys for Defendants*
   39500 High Pointe Blvd., Suite 350
   Novi, MI  48375
   (248) 567-7400
   rthewlett@varnumlaw.com
   sjvitale@varnumlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2018, I electronically filed the foregoing pleadings with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

       */s/ Salvatore J. Vitale*
       Salvatore J. Vitale (P75449)

13449610_1.docx