UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Royal Truck & Trailer Sales and
Service, Inc.,

                              Plaintiff(s),

v.                                                 Case No. 3:18−cv−10986−RHC−EAS
                                                   Hon. Robert H. Cleland

Mike Kraft, et al.,

                              Defendant(s),
_____

## NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge Robert H. Cleland at the United States District Court, Federal Building, 526 Water Street, Port Huron, Michigan.  The following motion(s) are scheduled for hearing:

            Motion to Dismiss – #11

   • MOTION HEARING:  June 13, 2018 at 02:00 PM


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/L. Wagner_____
                                  Case Manager

Dated:  April 18, 2018