**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROYAL TRUCK & TRAILER SALES
AND SERVICE, INC.,
      Plaintiff,

v.

MIKE KRAFT; and KELLY
MATTHEWS A/K/A/ KELLY
SCHLIMMER,
      Defendants.

Case No. 3:18-cv-10986-RHC-EAS
Hon. Robert H. Cleland
Mag. Elizabeth A. Stafford

---

| **KOTZ SANGSTER WYSOCKI P.C.** | **VARNUM LLP** |
|---|---|
| By: Anthony M. Sciara (P75778) | By: Richard T. Hewlett (P41271) |
|     Mark F.C. Johnson (P80539) |     Salvatore J. Vitale (P75449) |
| Counsel for Royal Truck & Trailer | Counsel for Kraft and Matthews |
| 400 Renaissance Center | 39500 High Pointe Boulevard |
| Suite 3400 | Suite 350 |
| Detroit, Michigan 48243 | Novi, Michigan 48375 |
| 313-259-8300 | 248-567-7400 |
| asciara@kotzsangster.com | rthewlett@varnumlaw.com |
| mjohnson@kotzsangster.com | sjvitale@varnumlaw.com |

---

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Royal Truck & Trailer Sales and Service, Inc. appeals to the United States Court of Appeals for the Sixth Circuit from the [ECF No. 23] Opinion and Order Granting Defendant's Motion to Dismiss, Dismissing Without Prejudice Plaintiff's Remaining State Claims, and

Denying as Moot Defendants' Motion to Stay Discovery entered in this action on March 11, 2019.

Respectfully submitted,

**KOTZ SANGSTER WYSOCKI P.C.**

Dated: March 11, 2019          By:   /s/ Anthony M. Sciara

Anthony M. Sciara (P75778)
Mark F.C. Johnson (P80539)
Counsel for Royal Truck & Trailer
400 Renaissance Center
Suite 3400
Detroit, Michigan 48243
313-259-8300
asciara@kotzsangster.com
mjohnson@kotzsangster.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROYAL TRUCK & TRAILER SALES
AND SERVICE, INC.,
      Plaintiff,

v.

MIKE KRAFT; and KELLY
MATTHEWS A/K/A/ KELLY
SCHLIMMER,
      Defendants.

Case No. 3:18-cv-10986-RHC-EAS
Hon. Robert H. Cleland
Mag. Elizabeth A. Stafford

---

| **KOTZ SANGSTER WYSOCKI P.C.** | **VARNUM LLP** |
|---|---|
| By: Anthony M. Sciara (P75778) | By: Richard T. Hewlett (P41271) |
|     Mark F.C. Johnson (P80539) |     Salvatore J. Vitale (P75449) |
| Counsel for Royal Truck & Trailer | Counsel for Kraft and Matthews |
| 400 Renaissance Center | 39500 High Pointe Boulevard |
| Suite 3400 | Suite 350 |
| Detroit, Michigan 48243 | Novi, Michigan 48375 |
| 313-259-8300 | 248-567-7400 |
| asciara@kotzsangster.com | rthewlett@varnumlaw.com |
| mjohnson@kotzsangster.com | sjvitale@varnumlaw.com |

---

## **CERTIFICATE OF SERVICE**

In accordance with Federal Rule of Civil Procedure 3(d), the Clerk for the United States District Court for the Eastern District of Michigan ("district clerk") will serve notice of the filing of the above Notice of Appeal by mailing a copy to each party's counsel of record (excluding the appellant's). The clerk will promptly send a copy of the above Notice of Appeal and of the docket entries (and any later docket entries) to the Clerk of the United States Court of Appeals for the Sixth Circuit. The district clerk will note, on each copy, the date when the Notice of Appeal was filed.

      I hereby certify that, to the best of my knowledge, information, and belief, and on the 11th day of March, 2019, the above Notice of Appeal was filed with the district clerk and served on all parties and/or counsel of record through the ECF System.

                                                 /s/ Anthony M. Sciara